# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JIMMY ELLIS CLARK <br> *Plaintiff* <br> v. <br> SUSAN HARNASH, et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:15-CV-028-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  1. All claims are DISMISSED WITHOUT PREJUDICE with all parties to bear their own costs and attorneys' fees. 2. The Clerk's Office is DIRECTED to enter judgment in favor of Defendants. 3. All pending motions are DENIED AS MOOT. 4. All hearings and other deadlines are STRICKEN. 5. The Clerk's Office is directed to CLOSE this file.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: May 11, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy